■ ORLANDO BLANCOVITCH, Individually and as Administrator of the Estate of ORLANDO BLANCOVITCH, JR., Deceased, et al., Appellants, v CITY OF NEW YORK et al., Respondents.—In an action to recover damages, *inter alia,* for wrongful death and

personal injuries, the plaintiffs appeal from an order of the Supreme Court, Queens County (Bambrick, J.), dated October 3, 1985, which, *inter alia,* granted the defendants' motion to dismiss their complaint for failure to state a cause of action, and denied their cross motion to strike the defendants' answer for failure to comply with a notice for discovery and inspection.

Ordered that the order is affirmed, with costs.

Special Term's order dismissing the complaint should not be disturbed. A municipality owes no special duty to particular persons to provide an adequate water supply to fight fires or to keep its water system in proper repair for fire-fighting purposes *(see, Steitz v City of Beacon,* 295 NY 51; *Moch Co. v Rensselaer Water Co.,* 247 NY 160).

Further, the plaintiffs' cross motion was properly denied, as a motion to dismiss pursuant to CPLR 3211 stays disclosure until the determination of the motion unless the court orders otherwise *(see,* CPLR 3214 [b]; Siegel, Practice Commentaries, McKinney's Cons Laws of NY, Book 7B, CPLR C3214:2, at 856). Mangano, J. P., Thompson, Kunzeman and Sullivan, JJ., concur.